IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DENNIS J. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:07cv057-WHA |
| | ) |
| CAREY TORBERT, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #4) entered on January 29, 2007, and upon consideration of the Recommendation, the Recommendation is adopted, and it is hereby

ORDERED that this case is DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this 20th day of February, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE